UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
                                                    September 26, 2012

No. 11-2586

UNITED STATES OF AMERICA

v.

DWIGHT TURLINGTON,
Appellant

(D.N.J. No. 02-cr-00673-005)

Present:  SLOVITER, RENDELL and HARDIMAN, <u>Circuit Judges</u>

   1. Motion by Appellee to Re-Issue Non-Precedential Opinion as Precedential
      Opinion;

   2. Letter dated 10/4/12 filed pursuant to Rule 28(j) in Support of Motion to
      Re-Issue Non-Precedential Opinion as Precedential Opinion.

                                        Respectfully,
                                        Clerk/MB

_____ORDER_____
The foregoing motion is hereby GRANTED.

                                        By the Court,


                                        /s/Marjorie O. Rendell
                                        Circuit Judge


Dated:      October 16, 2012
MB/cc:      Mark E. Coyne, Esq.
            John A. Klamo, Esq.